**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1427**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

EARLY D. MONROE, JR.,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:06-cv-00691-WMN)

---

Submitted:  October 18, 2007          Decided:  October 22, 2007

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Early D. Monroe, Jr., Appellant Pro Se.  Kathleen E. Lyon, Kenneth L. Greene, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Early D. Monroe, Jr., appeals the district court's order granting summary judgment to the United States on its action seeking to reduce to judgment an outstanding tax assessment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Monroe, No. 1:06-cv-00691-WMN (D. Md. Mar. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED